Cadillac Real Estate Company *v.* Roddy Realty, Inc., Appellant.

Argued April 30, 1965. Before BELL, C. J., MUSMANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Donald M. Collins,* with him *Collins & Masterson,* and *Maguire and Maguire,* for appellants.

*Charles H. Greenberg,* and *Robinson, Greenberg & Lipman,* for appellee.

OPINION PER CURIAM, September 29, 1965:
Decree affirmed.   Costs on appellants.